IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02411-RM-KLM

DOROTHY SEAL,

      Plaintiff,

v.

EMILY GRIFFITH TECHNICAL COLLEGE and
DENVER PUBLIC SCHOOLS,

      Defendants.

## STIPULATED ORDER PURSUANT TO F.R.E. 502(d)

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. The Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

      Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

| | |
|---|---|
| KILLMER, LANE & NEWMAN, LLP | SEMPLE, FARRINGTON & EVERALL, P.C. |
| *s/ Mari Newman* | *s/ M. Brent Case* |
| Mari Newman | M. Brent Case |
| Andrew McNulty | 1120 Lincoln Street, Suite 1308 |
| 1543 Champa Street, Suite 400 | Denver, CO 80203 |
| Denver, Colorado 80202 | (303) 595-0941 |
| (303) 571-1000 | bcase@semplelaw.com |
| mnewman@kln-law.com | *Counsel for Defendants* |
| amcnulty@kln-law.com | |
| *Counsel for Plaintiff* | |

**SO ORDERED**

Dated: 1/22/16

_____
Hon. Kristen L. Mix
United States Magistrate Judge