IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02411-RM-KLM

DOROTHY SEAL,

    Plaintiff,

v.

EMILY GRIFFITH TECHNICAL COLLEGE, and
DENVER PUBLIC SCHOOLS,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Stipulated Motion to Amend Scheduling Order Regarding Discovery, Expert, and Dispositive Motion Deadlines** [#25] and Plaintiff's **Unopposed Motion for Extension of Time to Respond to Defendants' First Written Discovery Requests** [#27] ("Motions"). In the former, the parties request that the Court extend certain deadlines by seventy days, arguing that the parties' agreement to mediate this case before a private mediator constitutes good cause for doing so, and that this extension will not affect the Final Pretrial Conference currently set for January 4, 2017. In the latter, Plaintiff requests an extension of a week to file responses to Defendants' written discovery requests.

IT IS HEREBY **ORDERED** that the Motions [#25, #27] are **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Scheduling Order [#16] is hereby amended to reflect the following extensions:

- Affirmative expert deadline: **July 11, 2016**
- Rebuttal expert deadline: **August 15, 2016**
- Discovery cut-off: **September 19, 2016**
- Dispositive motions deadline: **October 19, 2016**

IT IS FURTHER **ORDERED** that Plaintiff shall respond to Defendants' First Written Discovery Requests on or before **April 25, 2016**.

Dated: April 21, 2016